UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DANIEL T. WARREN,

    Plaintiff,

    v.

HON. ROWAN D. WILSON, et al.,

    Defendants.

24-CV-1027-LJV
ORDER

---

On October 28, 2024, the *pro se* plaintiff, Daniel T. Warren, filed a motion for permission for electronic case filing through the Court's system ("CM/ECF"). Docket Item 2. He also has filed a form consenting to electronic service. Docket Item 4. For the reasons that follow, Warren's motion is granted.

Local Rule of Civil Procedure 5.1(a) incorporates by reference the Court's CM/ECF Administrative Procedures Guide ("the Guide"), which in turn provides the requirements and procedures for electronic filing. The Guide allows the Court, in its discretion, to "grant a *pro se* litigant who demonstrates a willingness and capability to file documents electronically[] permission to register to do so." W.D.N.Y. Administrative Procedures Guide for Electronic Filing, Administrative Procedures (italics added). Such permission, however, may be "revoked at any time." *Id.*

Here, Warren affirms that he has reviewed the Guide and that he understands that he will no longer receive documents by regular mail. Docket Items 2 and 4. He also affirms that he "understand[s] the technological requirements necessary to file and receive documents electronically." Docket Item 2 at ¶ 4. In fact, he says that he has

"used the New York State Court [e]lectronic filing system to prosecute a number of state cases," including *Warren v. Zoning Board of Appeals*, Case No. 802201/2023 (Sup. Ct. Erie Cnty. Feb. 16, 2023), and *Warren v. Dickson*, Case No. 815817/2023 (Sup. Ct. Erie Cnty. Dec. 7, 2023). Docket Item 2 at 1. And he says that he has litigated three other cases in this District as well. *Id.* at 2.

Warren's motion therefore is GRANTED. As noted above, permission to file electronically may be revoked by the Court at any time.

SO ORDERED.

Dated: November 26, 2024
       Buffalo, New York

                                          /s/ Lawrence J. Vilardo
                                          LAWRENCE J. VILARDO
                                          UNITED STATES DISTRICT JUDGE